JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURU, LLC, | Case No. CV 25-1424-GW-JPRx |
| Movant, | |
| v. | **ORDER TO DISMISS** |
| TY, INC., | |
| Respondent. | |

Based upon Movant Zuru, LLC's Notice of Voluntary Dismissal [28], it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: February 26, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE